**United States Bankruptcy Court**
**Northern District of Georgia**

In re: Cari Ryanne Williamson

Debtor(s)

Case No.

Chapter 7

## STATEMENT REGARDING TAX RETURNS

I, __Cari Ryanne Williamson__, that I have not filed tax returns for 2018-2021 because I did not earn sufficient taxable income.

Date: September 2, 2022

Signature: /s/ Cari Ryanne Williamson
Cari Ryanne Williamson
Debtor

UNITED STATES DISTRICT BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| CARI RYANNE WILLIAMSON, | CHAPTER 7 |
| DEBTOR | CASE NO. 22-56966-BEM |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and exact copy of the foregoing Tax Statement to the following:

S. Gregory Hays, Chapter 13 Trustee        *Electronically*

Cari Ryanne Williamson
8190 Cousins St
Douglasville, GA 30134

Dated: September 15, 2022

Respectfully Submitted,
JEFF FIELD & ASSOCIATES

/s/ Christopher J. Sleeper
_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com